UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA :

v. :

JAHLIL MARSH, :

Defendants. :

-----------------------------------------------------------x

**SCHEDULING ORDER**

7:26-cr-532 (PMH)

A Change of Plea Hearing is scheduled for November 30, 2026 at 11:00 a.m. in Courtroom 520 at the White Plains Courthouse. It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
November 20, 2026

Philip M. Halpern
United States District Judge